**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, E.R., by his mother and next friend Jessica Carter, and G.S., by his mother and next friend Heather Knight, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, the SECRETARY OF THE INDIANA FAMILY AND SOCIAL SERVICES ADMIN., in his official capacity, and the DIRECTOR OF THE DIVISION OF DISABILITY AND REHABILITATIVE SERVICES, in her official capacity, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:24-cv-00833-TWP-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**APPEARANCE**

Matthew R. Elliott of the law firm Faegre Drinker Biddle & Reath LLP, hereby enters his appearance on behalf of Defendants Indiana Family and Social Services Administration, the Secretary of the Indiana Family and Social Services Administration, in his official capacity, and the Director of the Division of Disability and Rehabilitative Services, in her official capacity.

Dated:  June 3, 2024

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

/s/ Matthew R. Elliott
Matthew R. Elliott (34000-49)
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
matthew.elliott@faegredrinker.com

*Attorney for Defendants*