IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:24-cv-00833-TWP-TAB ) |
| INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.5**

Defendants Indiana Family and Social Services Administration, the Secretary of the Indiana Family and Social Services Administration and the Director of the Division of Disability and Rehabilitative Services ("Defendants") have requested that the Court grant oral argument on Plaintiffs' Motion for Preliminary Injunction. Having considered the Motion and being duly advised, the Court finds that the Motion is made for good cause and hereby GRANTS the Motion.

The Court therefore ORDERS that argument on Plaintiffs' Motion for Preliminary Injunction is set for August 13, 2024 at 9:00 a.m., in Room Number 344 at the United States Federal District Courthouse in Indianapolis, Indiana. The parties will each have thirty (30) minutes to present their argument to the Court.

**SO ORDERED.**

Date: 7/17/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF