UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, et al., <br><br> Defendants. | No. 1:24-cv-00833-TWP-TAB |

**ORDER AUTHORIZING UNSEALING OF FILING NO. 29**

On June 28, 2024, Plaintiffs moved to maintain Exhibit 15 to the depositions of Leslie Huckleberry and Cathy Robinson under seal at Filing No. 29 because it was designated confidential when produced by Defendants. [Filing No. 30.] The Court granted Plaintiffs' motion, pending further order, before Defendants had an opportunity to file a brief in support or a statement authorizing the unsealing of the document. [Filing No. 32.] On July 19, 2024, Defendants filed a statement authorizing the unsealing of the filing. [Filing No. 44.] Defendants note that although the filing is an internal, nonpublic document, Defendants do not oppose unsealing it because the filed version at Filing No. 29 is a limited excerpt of the original document and does not contain protected information. Therefore, the Clerk is directed to unseal Filing No. 29.

Date: 7/22/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email