# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, E. R., G. S., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:24-cv-00833-TWP-TAB |
| INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, SECRETARY OF THE INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, DIRECTOR OF THE DIVISION OF DISABILITY AND REHABILITATIVE SERVICES, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER FOR EXPEDITED RESPONSE

This matter is before the Court on Plaintiffs' Motion for Stay in the Form of Injunction Pending Appeal or, in the Alternative, for Administrative Stay (Filing No. 64). To facilitate an expedited ruling on the motion, Defendants are to file any response brief no later than September 27, 2024.

**IT IS SO ORDERED.**

Date: 9/20/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Samuel Mark Adams
Indiana Disability Rights
samadams@indianadisabilityrights.org

Thomas E. Crishon
Indiana Disability Rights
tcrishon@indianadisabilityrights.org

Matthew Richard Elliott
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
matthew.elliott@faegredrinker.com

Melinda Hudson
Faegre Drinker Biddle & Reath LLP
melinda.hudson@faegredrinker.com

Ryan Michael Hurley
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ryan.hurley@Faegredrinker.com

Harmony A. Mappes
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
harmony.mappes@faegredrinker.com

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org