UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION,<br>E. R.,<br>G. S.,<br><br>               Plaintiffs,<br><br>               v.<br><br>INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION,<br>SECRETARY OF THE INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION,<br>DIRECTOR OF THE DIVISION OF DISABILITY AND REHABILITATIVE SERVICES,<br><br>               Defendants. | Case No. 1:24-cv-00833-TWP-TAB |

## AMENDED PRELIMINARY INJUNCTION

Pursuant to the Court's Order granting Plaintiffs' Indiana Protection and Advocacy Services Commission, E.R., and G.S.'s (together, the "Individual Plaintiffs") Motion for Stay in the Form of Injunction Pending Appeal, or in the Alternative, for Administrative Stay (Filing No. 79) and in compliance with Federal Rule of Civil Procedure 65(d)(1)(C), the Court clarifies and issues the following Preliminary Injunctive Relief:

Defendant Indiana Family and Social Services Administration ("FSSA") is preliminarily enjoined to allow the Individual Plaintiffs to continue receiving medically necessary attendant care services from their mothers in the amount approved by FSSA immediately before the policy changes challenged in this litigation took effect on September 1, 2024, until in-home skilled nursing services are secured for the Individual Plaintiffs.

FSSA remains enjoined to file status reports every fourteen (14) days beginning October 14, 2024. No bond shall be required.

**SO ORDERED.**

Date: 10/1/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Samuel Mark Adams
Indiana Disability Rights
samadams@indianadisabilityrights.org

Matthew Richard Elliott
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
matthew.elliott@faegredrinker.com

Melinda Hudson
Faegre Drinker Biddle & Reath LLP
melinda.hudson@faegredrinker.com

Ryan Michael Hurley
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
ryan.hurley@Faegredrinker.com

Harmony A. Mappes
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
harmony.mappes@faegredrinker.com

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org