# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

October 1, 2024

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-2741
>
> Caption:
> INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, et al.,
>     Plaintiffs - Appellees
>
> v.
>
> INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION, et al.,
>     Defendants - Appellants
>
> District Court No: 1:24-cv-00833-TWP-TAB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Tanya Walton Pratt
>
> Date NOA filed in District Court: 09/30/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)