IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA PROTECTION AND ADVOCACY SERVICES COMM'N, et al., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 1:24-cv-00833-TWP-TAB |
| INDIANA FAMILY AND SOCIAL SERVICES ADMIN., et al., ) ) ) | |
| Defendants. ) | |

**JOINT MOTION TO VACATE REQUIREMENT
TO FILE CASE MANAGEMENT PLAN**

**COME NOW** both parties, by their respective counsel, and respectfully request that this Court vacate the requirement that the parties tender a proposed Case Management Plan in light of the parties' anticipated settlement of this cause. In support of this Motion, the parties state as follows:

1. Following remand of this case from the Seventh Circuit, the parties have engaged in settlement conversations that, if successful, will result in the complete resolution of this action. To afford time for the parties to determine whether a resolution is possible, on September 25, 2025 this Court therefore ordered that that the parties file a proposed case management plan to govern additional proceedings within sixty days. (Dkt. 133). Following two extensions of time requested by the parties, that filing is currently due on February 23, 2026. (Dkt. 141).

2. Counsel for both parties believe that they have reached a framework for

1

the settlement of this action, although their potential agreement has not yet been committed to writing and necessary approvals have not been secured. Given the progress in their settlement negotiations, however, the parties agree that it makes no sense for them to tender a proposed case management plan. Instead, the parties propose that they be ordered to file a report regarding the status of their anticipated settlement within sixty days, if this cause is not fully resolved and dismissed prior to that time.

3. No deadlines currently exist in this case, and the parties will reach out to the Magistrate Judge if either party believes that the Court's assistance would be beneficial in finalizing an agreement. The parties continue to work in good faith to resolve this case.

**WHEREFORE,** the parties respectfully request that this Court vacate the requirement that the parties tender a proposed Case Management Plan in light of the parties' anticipated settlement of this cause, request that they be ordered to file a report regarding the status of their anticipated settlement within sixty days, if this cause is not fully resolved and dismissed prior to that time, and request all other proper relief.

| *For the plaintiffs:* | *For the defendants:* |
|---|---|
| /s/ Gavin M. Rose | /s/ Harmony A. Mappes (with permission) |
| Gavin M. Rose | Ryan M. Hurley |
| ACLU of Indiana | Harmony A. Mappes |
| | Matthew R. Elliott |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 300 N. Meridian Street, Suite 2500 |
| | Indianapolis, Indiana 46204 |
| | ryan.hurley@faegredrinker.com |
| | harmony.mappes@faegredrinker.com |
| | matthew.elliott@faegredrinker.com |